TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN





ON MOTION FOR REHEARING










NO. 03-08-00593-CV






Appellant, Danny Davis // Cross-Appellant, Sysco Food Services of Austin, L.P.


v.


Appellee, Sysco Food Services of Austin, L.P. // Cross-Appellee, Danny Davis






FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY

NO. C-1-CV-03-271634, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING





O R D E R


 Danny Davis's Motion for Rehearing is denied.

 Ordered January 28, 2010.


 __________________________________________

 G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

 Justice Henson Dissenting